**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOHN W. SANDERSON**                                                   **PETITIONER**

**v.**                            **NO. 1:05CV215-M-D**

**LEPHER JENKINS, ET AL.**                                        **DEFENDANTS**

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated January 12, 2006, the January 27, 2006, objections to the Report and Recommendation, and the submissions filed by each side thereafter, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated January 12, 2006, is hereby approved and adopted as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

3. That this case is **CLOSED.**

THIS, the 14th day of March, 2006.

                                               /s/ Michael P. Mills
                                               **UNITED STATES DISTRICT JUDGE**